UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
SHEET METAL WORKERS' LOCAL UNION NO. 80
PENSION TRUST FUND *et al.*,

      Plaintiffs,

                Case No. 10-11518
                HON. PATRICK J. DUGGAN

ACTION AIR CONDITIONING,
REFRIGERATION & HEATING, INC.,
a corporation incorporated
under the laws of the State of Michigan,

      Defendant.
_____/
SACHS WALDMAN, Professional Corporation
GEORGE H. KRUSZEWSKI (P25857)
HOPE L. CALATI (P54426)
AMY BACHELDER (P26401)
Attorneys for Plaintiffs
1000 Farmer Street
Detroit, MI 48226
(313) 965-3464
_____/

## **DEFAULT JUDGMENT**

  At a session of said Court, held in the City of Detroit, in the
    Federal Building, on September 16, 2010.

  PRESENT: HON. PATRICK J. DUGGAN
      UNITED STATES DISTRICT JUDGE

  Based upon Plaintiffs' Motion for Default Judgment, with Brief and Affidavit filed in

support thereof; and the pleadings previously filed in this matter; the Court, being fully apprized

in the premises, has concluded that, pursuant to FRCP 55(b)(2), plaintiffs are entitled to default

1

judgment against defendant Action Air Conditioning, Refrigeration & Heating, Inc., for the relief prayed for in their Complaint.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

1. That defendant is bound to pay contributions to plaintiffs as alleged in plaintiffs' Complaint;

2. That plaintiffs have and recover Judgment from defendant in the amount of $10,505.98 representing defendant's audited indebtedness for fringe benefit contributions owed to plaintiffs for the period from April 2007 through May 2009, interest and costs and attorneys' fees to date;

3. Post-judgment interest will accrue on the amounts set forth in paragraph 2, above, as provided for in 28 USC §1961, from the date of entry of this Judgment, and plaintiffs shall have execution therefor. and

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Default Judgment.

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 16, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 16, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager