UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION
NO. 80 PENSION TRUST FUND, *et al*,

      Plaintiffs,

v

ACTION AIR CONDITIONING, REFRIGERATION
& HEATING, INC.,

      Defendant.
_____/

Case No. 10-11518

Hon. Patrick J. Duggan

**ORDER ADJUDGING DENISE POLSTER IN CONTEMPT
OF COURT, ESTABLISHING PROCEDURES FOR ISSUANCE OF
BENCH WARRANT, AND FOR OTHER RELIEF**

      THIS MATTER has come before the Court upon application of counsel for Plaintiffs for

order to show cause why Denise Polster, ("Polster") should not be held in contempt of court for her

failure to comply with this Court's Order for Examination of Judgment Debtor Supplementary to

Judgment and Restraining Transfer of Property (the "Order") entered on October 6, 2010, which

required that Ms. Polster appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman,

P.C. on November 10, 2010, and produce certain books and records.  Ms. Polster has failed to

comply with the Order, and a hearing to show cause why this Court's Order for Contempt should not

be entered was conducted before the Court on Wednesday, January 12, 2010 at 2:30 p.m.  The Court

has considered oral argument, is fully advised in the premises, and finds good cause for entry of this

Order;

NOW THEREFORE;

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.    Denise Polster is hereby adjudged in contempt of this Court for her failure to comply with this Court's Order for Examination of Judgment Debtor Supplementary to Judgment and Restraining Transfer of Property entered on October 6, 2010, in light of Ms. Polster's failure to appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C. on November 10, 2010 and produce certain books and records.

2.    Denise Polster may purge herself of contempt by satisfying each of the following conditions:

    i.    Contacting David Eisenberg at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., (248) 827-4100, within seven (7) days of service of this Order, and arranging to appear for a judgment debtor examination to be conducted at the at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C.;

    ii.    Appearing for such judgment debtor examination, and;

    iii.    Producing the required books and records as set forth in this Court's Order for Examination of Judgment Debtor entered on October 6, 2010.

3.    In the event Ms. Polster fails to purge herself of contempt by satisfying each of the provisions of paragraphs 3(i)-(iii) above, and upon the filing by Plaintiffs' counsel of an ex parte affidavit of such non-compliance, this Court shall, without further application to or hearing before this Court, issue its bench warrant for the immediate arrest of Denise Polster and requiring Denise Polster's immediate appearance before this Court at its next session.

5.    This Order shall be served upon Denise Polster by mailing the same to Denise

Polster at 9926 Columbia, Redford, Michigan 48239.  Service shall be complete upon mailing.


DATED: <u>January 12, 2011</u>                     <u>s/Patrick J. Duggan</u>
                                                                            UNITED STATES DISTRICT JUDGE