UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION
NO. 80 PENSION TRUST FUND, *et al*,
    Plaintiffs,

v

ACTION AIR CONDITIONING, REFRIGERATION
& HEATING, INC.,
    Defendant.
                                                      /

Case No. 10-11518

Hon. Patrick J. Duggan

## ORDER TERMINATING BENCH WARRANT AND DIRECTING U.S. MARSHAL SERVICE TO EXTINGUISH BENCH WARRANT AS ACTIVE BENCH WARRANT

THIS MATTER having come on to be heard upon the request of Plaintiffs, Sheet Metal Workers' Local Union No. 80 Pension Trust Fund, *et al*, the Court having issued a bench warrant for the arrest of Denise Polster on July 18, 2011, the Court being otherwise fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that this Court's bench warrant for the arrest of Denise Polster, as entered by the Court on July 18, 2011, is terminated.

IT IS FURTHER ORDERED that a copy of this Order shall be transmitted to the United States Marshal Service, and the United States Marshal Service shall take all necessary measures to immediately extinguish the bench warrant as an active bench warrant.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: July 21, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, July 21, 2011, by electronic and or ordinary mail.
        s/Marilyn Orem
        Case Manager